IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 28, 2007

Charles R. Fulbruge III
Clerk

No. 07-50383
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

TAMMY DIANE RICHARDS

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:06-CR-185-ALL

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Tammy Diane Richards appeals her sentence following her guilty plea conviction for possessing stolen mail and forging an endorsement on a United States Treasury check. Because her plea agreement contained a waiver of appeal waiving her right to appeal her sentence on any ground, including any right conferred by 18 U.S.C. § 3742, and because the rearraignment transcript shows that her waiver of appeal was knowing and voluntary, her appeal is barred. See United States v. McKinney, 406 F.3d 744, 746-47 (5th Cir. 2005).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.